## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| YOLANDA WHITE, | : | No. 333 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD  (CITY OF PHILADELPHIA), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 10th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.